**No. 09-10911. Abdelhamid Sedrati, Petitioner v. United States.**

562 U.S. 961, 131 S. Ct. 455, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8056.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 30.